No. 585. MCLAUGHLIN ET AL. *v.* FLORIDA. Appeal from the Supreme Court of Florida. Probable jurisdiction noted. *Jack Greenberg, James M. Nabrit III, Louis H. Pollak* and *William T. Coleman, Jr.* for appel-

lants. *James W. Kynes,* Attorney General of Florida, and *James G. Mahorner,* Assistant Attorney General, for appellee.